STATE OF CONNECTICUT *v.* WAYNE SANFORD

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 255, is denied.

*Brian Carlow,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided September 19, 1991

STATE OF CONNECTICUT *v.* JOANNE ROCHETTE

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 298, is denied.

*Jeremiah Donovan,* in support of the petition.

*Lawrence J. Tytla,* assistant state's attorney, in opposition.

Decided September 19, 1991

STATE OF CONNECTICUT *v.* THURLOW CAREY

The state of Connecticut's petition for certification for appeal from the Appellate Court, 25 Conn. App. 421, is granted, limited to the following issues:

"1. Did the failure of the state to comply with Practice Book § 943 with respect to initiating this proceeding for revocation of the defendant's probation deprive the trial court of subject matter jurisdiction?

"2. Did the defendant waive such noncompliance by failing to raise this procedural defect in the trial court?"

*Timothy J. Sugrue,* assistant state's attorney, in support of the petition.

Decided September 19, 1991